United States Courts
Southern District of Texas
FILED
*May 08, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JARVIS ANDREWS,** <br> **Defendant.** <br><br> Defendant. | Case No. **4:24-cr-00251** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

At all times material and relevant to this Indictment:

### Introduction and Background

1. In October 2023, investigators with the Houston, Texas Police Department ("HPD") began investigating a string of attempted and completed kidnappings, carjackings, and robberies in the Houston metropolitan area with common characteristics and participants. The perpetrators commonly enticed their victims by posing as a potential romantic partner named "Dee" on a dating application and sought to meet with their victims. If a victim agreed to meet, the perpetrators would direct the victim to a place of their choosing under the pretense of meeting the fictitious romantic partner. Once a victim arrived at the designated location, the perpetrators would threaten the victim with firearms and demand money or property. Victims were sometimes forced to attempt making payments to the perpetrators via Cash App. On at least two occasions, the perpetrators kidnapped and carjacked their victims as part of this scheme, resulting in one victim sustaining a gunshot wound when the victim fled.

2. HPD investigators and agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") conducted an investigation and subsequently identified **JARVIS ANDREWS** and others, both known and as yet unknown, as the perpetrators of this scheme in the Houston metropolitan area.

## The Conspiracy and Its Objects

3. Beginning on an unknown date, but no later than on or about October 21, 2023, and continuing to at least on or about November 22, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, combined, conspired, confederated, and agreed with others, both known and unknown to the Grand Jury, to unlawfully, knowingly, and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom, reward, and otherwise others, and use the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

4. Beginning on an unknown date, but no later than on or about October 21, 2023, and continuing to at least on or about November 22, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, combined, conspired, confederated, and agreed with others, both known and unknown to the Grand Jury, to take motor vehicles that had been transported, shipped, and received in interstate commerce from and in the presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

## The Scheme

5. It was part of the scheme that the defendant and others, both known and unknown:

      a.      Solicited potential victims using a fictitious profile on an online dating application that uses the Internet, an instrumentality of interstate or foreign commerce, and agreed to meet with potential victims at designated locations within the Southern District of Texas with the intent to kidnap, carjack, and rob the victim;

      b.      Planned, directed, oversaw, coordinated, and personally engaged in armed kidnappings, carjackings, and robberies in the Houston metropolitan area for the purpose of obtaining United State currency and other property from their victims;

      c.      Procured, carried, used, brandished, and discharged firearms during and in relation to their kidnappings, carjackings, and robberies in order to take property from victims by force and without their consent; and

      d.      Directed victims to make payments to them by a variety of means, including via Cash App, which is an online payment application that uses the Internet, and is therefore an instrumentality of interstate or foreign commerce.

**Overt Acts**

6.      In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, **JARVIS ANDREWS** and others, both known and unknown, committed and caused to be committed the following overt acts, among others, in the Southern District of Texas:

      a.      On or about October 21, 2023, **JARVIS ANDREWS** created a user account on an online dating application under the name "Dee." The account displayed photographs of an unidentified female.

      b.      On or about October 28, 2023, **JARVIS ANDREWS** and his coconspirators lured a victim to an apartment complex in Houston, Texas, after contacting

the victim on a dating application posing as a potential romantic partner named "Dee." When the victim arrived, **JARVIS ANDREWS** and two others brandished handguns and demanded the victim's backpack and wallet. The victim surrendered the items to **JARVIS ANDREWS** and his coconspirators.

  c. On or about November 22, 2023, **JARVIS ANDREWS** and his coconspirators lured a victim to an apartment complex in Houston, Texas, after contacting the victim on a dating application posing as a potential romantic partner named "Dee." Once the victim reached the apartment complex and parked, **JARVIS ANDREWS** and a coconspirator confronted the victim, brandished a firearm, and forced the victim to transfer money via Cash App. When the transfer was unsuccessful, **ANDREWS** and a coconspirator took the victim's phone and told the victim, "Drive off or I'll shoot you."

  7. The Grand Jury incorporates by reference as additional overt acts the conduct undertaken in furtherance of the conspiracy and to accomplish the objects of the conspiracy, as set forth in Counts Two through Seven.

All in violation of Title 18, United States Code, Sections 371 and 1201(c).

## COUNT TWO
*Kidnapping*

On or about October 27, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and unlawfully, knowingly, and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom, reward, and otherwise Victim 1, whose identity is known to the Grand Jury, and the defendant did use the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT THREE
*Carjacking*

On or about October 27, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and took a motor vehicle, that is, a Toyota Corolla, that had been transported, shipped, and received in interstate commerce from and in the presence of Victim 1, whose identity is known to the Grand Jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119(1) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT FOUR
*Using, Carrying, and Discharging a Firearm During a Crime of Violence*

On or about October 27, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking as charged in Count Three, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT FIVE
*Kidnapping*

On or about October 29, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and unlawfully, knowingly, and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom, reward, and otherwise Victim 2, whose identity is known to the Grand Jury, and the defendant did use the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT SIX
*Carjacking Causing Serious Bodily Injury*

On or about October 29, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and took a motor vehicle, that is, a Nissan Kick, that had been transported, shipped, and received in interstate commerce from and in the presence of Victim 2, whose identity is known to the Grand Jury, by force, violence, and intimidation, resulting in serious bodily injury, that is, a gunshot wound to the torso, that caused a substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss and impairment of the function of a bodily member, organ, or mental faculty to Victim 2, in violation of Title 18, United States Code, Sections 2119(2) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT SEVEN
*Using, Carrying, and Discharging a Firearm
During a Crime of Violence*

On or about October 29, 2023, in the Southern District of Texas, the defendant, **JARVIS ANDREWS**, did aid and abet and knowingly use, carry, and discharge a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking causing serious bodily injury as charged in Count Six, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## FORFEITURE ALLEGATION

The allegations contained in Counts One, Three, and Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(F)(iii) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 981(a)(1)(F)(iii) and Title 28, United States Code, Section 2461(c), upon conviction of a violation of Title 18, United States Code,

Section 2119 and a conspiracy to violate section 2119, in violation of Title 18, United States Code, Section 371, the defendant, **JARVIS ANDREWS**, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s). The property to be forfeited includes, but is not limited to, the following: a money judgment in a sum equal to the total value of the property subject to forfeiture.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

**ALAMDAR S. HAMDANI**
United States Attorney

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

**BRIAN J. HRACH**
Assistant United States Attorney

DATED: May 08, 2024
Houston, Texas

**BYRON H. BLACK**
Assistant United States Attorney

7